# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Desiree Doreen Segari | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 8:25-mj-2850-LSG |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of August 20, 2025 in the county of Sarasota in the Middle District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmitting in interstate commerce a threat to injure |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

William Hauser, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 8/22/25

_____
*Judge's signature*

City and state: Tampa, FL          HONORABLE LINDSAY S. GRIFFIN, U.S.M.J.
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, William Hauser, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), United States Department of Justice, and have been so employed since May 2019. I have received training at the FBI Academy in various aspects of criminal investigations, such as witness and investigative interviews, search and arrest warrant operations, physical and electronic surveillance, and confidential human sources.

2. I am currently assigned to the Tampa Division where I investigate a variety of matters including criminal offenses involving threatening communications that constitute violations of 18 U.S.C. § 875. As an FBI Special Agent, I often work with local, state, and other federal agencies during my investigations. I am authorized to investigate and assist in the prosecution of violations of laws in the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3. I submit this affidavit in support of a criminal complaint charging Desiree Doreen Segari ("Segari"), with violations of 18 U.S.C. § 875(c) (transmitting in interstate commerce a threat to injure) ("SUBJECT OFFENSE").

4. The facts contained in this affidavit are drawn from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from agency reports, the review of documents provided to

1

me by witnesses and by law enforcement officers, and information gained through my training and experience.

5.   Because this affidavit is submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact that I learned as a result of this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause that a violation of federal law has been committed. Unless otherwise noted, all statements of other persons described in this affidavit are set forth in substance and in part, rather than verbatim.

## PROBABLE CAUSE

6.   On or about August 20, 2025, X User 1[1] shared a video (Video 1) which contained a TikTok[2] watermark and the TikTok username @missmamadez. X user 1 captioned Video 1, "Tiktoker calls to shoot anyone seen wearing a MAGA hat" and tagged the X accounts @FBI and @FBIDirectorKash.

7.   On or about August 21, 2025, your affiant viewed Video 1. The video was approximately fifty-four seconds in length, with both audio and captions; the audio and captions were largely, but not perfectly, consistent with each other. In the video, Segari filmed herself in the "selfie" style and said the following:

---

[1] X, formerly known as Twitter, is a social networking service where users can post short messages, images, and videos to a public audience. The account name of this X user is known to the affiant.
[2] TikTok is a popular social media platform that allows users to create, watch, and share short-form videos.

2

Ok guys, so I would like to start a new movement called see MAGA choo MAGA, because people like that respond to fear and terror and aggression not logic and empathy and I don't know, intelligence, it doesn't work for them so fear works so if we all get our guns and use our second amendment right and our common sense at this point this administration is begging us to rise up and revolt and you see somebody with a MAGA hat pew pew that's what we do, that's the way, it's the only way. Put them back in their basements, make them scared again to be racist, homophobic, and terrible just awful fucking pieces of shit because I would way rather live next to anyone other than MAGA people. MAGA people deserve to be terrified and scared to walk in the streets because they should know that real Americans are gonna [mouths the word "fucking"] kill them.

8. In Video 1, the captions read "#SEEMAGAPEWPEWMAGA" at approximately five seconds into the video when Segari says "a new movement called see MAGA choo MAGA." As she says the word "choo," Segari makes a hand gesture by using her right hand to form a fist with the index finger extended. I know from my training and experience that the hand gesture is a common gesture mimicking the firing of a firearm.

9. Segari makes the same hand gesture again approximately 32 seconds into Video 1, corresponding with her making the sounds, "pew pew." I know from

my training and experience that "pew pew" and "choo" are onomatopoeias—words that sound like the firing of a firearm—and in the context of her statements during the video, Segari is expressing that people wearing a MAGA hat should be shot on sight.

10. On or about August 20, 2025, X User 2[3] replied to the post with an additional video (Video 2) which appeared to have been originally shared on TikTok and which contained both the TikTok watermark and TikTok username @missmamadez. X User 2 captioned Video 2, "She doubled down on it, too."

11. On or about August 21, 2025, your affiant viewed Video 2. The video was approximately thirty-seven seconds in length, with both audio and captions; the audio and captions were largely, but not perfectly, consistent with each other. In the video, Segari filmed herself in the "selfie" style and said the following in a manner that resembled singing:

> See MAGA pew pew MAGA, see MAGA pew pew MAGA, see MAGA pew pew MAGA so these motherfuckers know we ain't here to play, you can't run around and fuck with our neighbors you can't be a homophobic piece of shit, you can't just be generally awful and be ok with kids getting ripped away from their moms and all these terrible things happening just because you think it won't happen to you even though anything that you allow your government to do to other people they will eventually do to you and that's why Trump is

---

[3] The account name of this X user is known to the affiant.

4

taking over in D.C. and we're living in a police state.

12. In Video 2, Segari uses her right hand to form a fist with her index and middle finger extended in a gesture that I believe is intended to mimic a handgun. Segari makes the gesture approximately three times in the first ten seconds of the video to correspond with her repeated use of the onomatopoeia, "pew pew," mimicking the sound of a firearm being discharged.

13. On or about August 21, 2025, your affiant attempted to review the content posted by the TikTok account @missmamadez, but your affiant was unable to locate the account. I know that social media users often delete their posts or delete their accounts entirely to prevent other users of the platform from reposting or sharing their post with others, including with law enforcement.

14. Your affiant located on TikTok several videos responding to the posting of Video 1 by X User 1. The response videos were variously described as a "Stitch" or as a "Duet,"[4] and contained the original video as well as the users' response in a format that resembled a "picture-in-picture" or "split screen."

15. Your affiant reviewed comments to the X thread containing Videos 1 and 2. Some responses[5] recognized the seriousness of the threats and the legal consequences. X User 3 replied, "This woman continues to call for violence against

---

[4] On TikTok, Stitch allows users to combine a video on TikTok with one created by the user, and Duet allows users to post the user's video side-by-side with a video from another creator on TikTok. A Duet contains two videos in a split screen that play at the same time.
[5] The X account names of the respondents described herein as X users are known to the affiant.

innocent people...her dangerous threats must stop." X User 4 replied, "Why do they insist on doing this & videoing themselves being mentally unstable this is actual incitement of violence & she should be found right away & face some serious consequences." X User 5 replied, "Wow!!! These people are out of their minds! She needs to be locked up. She is truly a danger to society!" X User 6 replied, "I take this seriously. I hope she gets found and put on blast."

16. Other comments indicated that violence would be met with violence or noted that many MAGA supporters are armed. X User 7 replied, "Thanks for the heads up, now just know that most of Maga will be armed already!" Similarly, X User 8 replied, "we shoot back..." and X User 9 wrote, "They do realize that most of MAGA are concealed carries, right? Or nah.....well....FAFO."

17. Based on my training and experience, I know that "going viral" is a phrase used to describe what happens when online content, such as a social media post, video, or image, spreads rapidly across the internet reaching a wide audience in a short period of time. While there is no agreed upon standard about what constitutes "going viral," by on or about August 22, 2025, Video 1 had been viewed approximately two million times and the X post had been reposted by other X users approximately 8,713 times.

18. Investigators located a Threads account owned by Segari; the account is identified by username as "disarray__." Based on my training and experience, I know that Threads is a social media platform operated by Meta. In a post made on

6

or about August 20, 2025, Segari, utilizing the account disarray__, wrote the following:

> This is the problem with fucking liberals Jesus Christ. I swear to God, liberals and Maga are exactly the same. Can everyone just collectively get their head out of their fucking asses and go kill the government already like Jesus Christ?"

19. Business records obtained from TikTok indicate the subscriber associated with the account @missmamadez created the account on or about June 15, 2025, utilizing the phone number (973) 955-5515. Open-source records accessed on or about August 21, 2025, indicated the phone number belongs to Segari.

20. The records from TikTok indicated the account was accessed from the IP address 73.62.66.139 on or about August 21, 2025 at 11:22:08 PM UTC.

21. Investigators obtained business records from Verizon which identified another individual as the subscriber for the IP address 73.62.66.139. The subscriber's address was 7231 Cloister Dr, Sarasota, FL 34231.

22. Florida Highway Safety and Motor Vehicle ("FLHSMV") records for Desiree Doreen Segari provide her residential and mailing addresses. Her mailing address was updated to 7231 Cloister Drive, Sarasota, FL, on or about March 23, 2024.

23. FLHSMV records include Segari's date of birth and include her driver's license photograph taken on or about May 17, 2022.

7

Segari's driver's license photo and determined that it is a close match to the woman appearing in Video 1 and Video 2 with the TikTok username @missmamadez. The listed social security number in the FLHSMV records matches the social security number your affiant has found for Segari in other records.[6]

24. Based on my review of the videos and available records, I believe the woman appearing in Video 1 and Video 2 is Desiree Doreen Segari.

25. Based on the foregoing, there is probable cause to believe Segari resides at 7231 Cloister Dr, Sarasota, FL 34231, which is within the jurisdiction of the Middle District of Florida ("MDFL").

26. On or about August 22, 2025, your affiant reviewed a TikTok press release posted on newsroom.tiktok.com, TikTok's official online pressroom and blog, titled "TikTok Facts: How we secure personal information and store data." The press release indicated user data is stored in the United States, Malaysia, and Singapore. Your affiant reviewed an article posted to usds.tiktok.com titled "Delivering on our U.S. data governance," dated January 24, 2023. The article stated, "TikTok has long stored US user data in our own data centers in the U.S. and Singapore. Our Virginia datacenter includes physical and logical safety controls." The article also indicated that Singapore served as the backup data storage location for U.S. users. Other open source searches revealed other possible TikTok data

---

[6] Your affiant is aware of Segari's date of birth and social security number from the records described in the affidavit and records available to law enforcement.

8

centers in Hillsoboro, Oregon and Northern Virginia. Your affiant was unable to locate any TikTok servers or datacenters within the State of Florida.

27. From my training and experience, I know that 18 U.S.C. § 875(c) prohibits the transmitting in interstate or foreign commerce any communication containing any threat to injure the person of another. I also know that to not infringe on the First Amendment, the threat must be a "true threat," which is a serious threat—not idle talk, a careless remark, or something said jokingly—that is made under circumstance that would place a reasonable person in fear of being injured or in fear of another person being injured. Whether the speaker is aware of, and intends to convey, the threatening aspect of the message is not part of what makes a statement a threat; the existence of a threat depends on what the statement conveys to the recipient of the message. Yet, the First Amendment still demands a subjective mental-state of at least recklessness.

28. Based on my training, experience, and knowledge of the investigation, I have probable cause to believe that, in creating and publishing Video 1 and Video 2, Segari made true threats, in violation of 18 U.S.C. § 875(c). I have probable cause to believe that Segari acted at least recklessly and was aware that others could regard her statements as threatening violence when she created and published Video 1 and Video 2, and that Video 1 and Video 2 would place a reasonable person in fear of being injured or in fear of another person being injured.

## CONCLUSION

29. Based on the foregoing information, I respectfully submit that probable cause exists to believe that Sergari violated 18 U.S.C. § 875(c) (transmitting in interstate commerce a threat to injure). Accordingly, I request issuance of the proposed Complaint and Arrest Warrant.

Respectfully submitted,

_____
Special Agent William Hauser
Federal Bureau of Investigation

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this 22 day of August, 2025.

_____
HONORABLE LINDSAY S. GRIFFIN
United States Magistrate Judge