UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:25-cr-456-KKM-AAS

DESIREE DOREEN SEGARI

### VERDICT

**Count One of the Indictment**

As to the offense of interstate transmission of a true threat to injure, we, the Jury, find the defendant, Desiree Doreen Segari,

GUILTY __X__   NOT GUILTY _____

SO SAY WE ALL, this __13__ day of January, 2026.

FOREPERSON