March 26th, 2026

Honorable Judge Kathryn Kimball Mizelle,

My name is Alana Gottesman and I am a barista at a local bistro, working to support a small business in hospitality. Desiree is a friend of mine and member of my community. I am connected to Desiree through a mutual group of friends and community members.

I do not know all that much about Desiree's upbringing but I know her to be a positive example in our local community and a supportive figure for other young women. Desiree has made a positive impact on my life with her honesty, her genuine qualities, being an example through her work ethic, her strength, and her resilience. I see Desiree as an important part of my life and I am grateful for the impact she has had on me. She is a special friend.

I want the absolute best for Desiree and ask to please consider the people around her who love and care for her and want nothing more than to see her flourish.

Thank you for your time.

Sincerely,

Alana Gottesman

April 4, 2026

Honorable Judge Kathryn Kimball Mizelle,

My name is Bill Weaver, I am a retired substance abuse counselor with experience in several different treatment programs. It was my honor to work with both male and female inmates with the Florida Department of Corrections. I also have worked as the clinical director for two different private treatment facilities.

My experience also includes working with the Department of Children and Families substance abuse offices in Tallahassee and Miami/Dade County. However, my most important experience is that I have 36 years of sobriety working the Program of Alcoholics Anonymous and 22 years experience working a program of emotional sobriety.

It has been my good fortune to witness  Ms. Desiree Segari's emotional growth for the past seven months. We attend the same two meetings: Gulf Gate Noon, AA meeting and a Tuesday evening Emotional Sobriety Workshop. Ms. Segari has a good attitude and she sounds sincere when she shares. Her participation in the meetings stays on topic. Her personal growth has been remarkable.

We are both survivors of dysfunctional families and it does not take long to recognize A fellow ACOA and their ability to be honest. I believe that Ms. Segari can recover and be a valuable member of society.

Respectfully,

 Bill Weaver, MS

38 Crown Point Dr.

Nokomis, Fl. 34275

954-929-7707

billweaver99@gmail.com

Apr 14, 2026

Cynthia A. Long<br>
5503 Avellino Pl<br>
Sarasota Fl 34238

RE: reference / Desiree Segari

Dear Ms. Berg,

I hope this letter is acceptable to submit to the Honorable Judge Kathryn Kimball Mizelle.

My name is Cynthia Long, 70 years old, married with one grown daughter and work part-time.  I hold a B.S. degree in Nursing and am involved with 2 charity organizations.

I have been a sober member of Alcoholics Anonymous for 36 years, which is where I met Desiree six months ago; she was doing group service work as a greeter to the meeting attendees. Approaching the door, I immediately noticed her wide, friendly, welcoming smile. She introduced herself and offered me a hug if I accepted them. I was impressed with her attitude and respect for my boundaries.

A few nights later I attended a 12-step study workshop group, where you take a workshop mentor and work through the steps in the traditional way but with a few revolutionary tweaks.  Six months into it, my assessment is it is powerful work, and many attend meetings but do not stay or do the work.  Yes, the first time I attended Desiree was there.  Recognizing me, we chatted about the workshop, and I found out she has a strong mentor, who is also her sponsor, and has done a lot of work already.  She told me as hard as it is, she is sick and tired of the old way of living and truly dedicated to living a sober life.  I didn't know about her legal problems for approximately 3 months after meeting her. Immediately, I began attending these two meetings on a regular basis, therefore seeing Desire twice weekly on a regular basis.

In closing, I'd like to relay this story that happened Saturday, April 11 when knowledge came that letter writing to the Honorable Judge Mizelle was possible.  Desiree and I sat together at the meeting which had started. I mentioned interest in writing this letter and we could meet after the meeting ended.  She agreed.  After the prayer I turned to gather my belongings and headed to the stage.  Waiting and looking around, no Desiree.  I waited a few minutes then went to look for her.  Spotting her in the kitchen, I entered and said, "there you are, I was waiting by the stage".  She replied, "I needed to help clean the kitchen".  Jumping-in to also help the voluntary kitchen gang, after the work was done Desiree gave me the information.

There is no cleaning committee.  Folk just jump-in and get it done.  She put a sense of personal responsibility ahead of rushing to give someone information which could help her legal trouble.  This impressed me very much.  All the above actions described in this letter are behaviors one usually sees in what we call "the winners".  I respectfully ask Judge Mizelle for leniency as she has much good to contribute to society outside of a prison.


Sincerely,

Cynthia Long
941 921-7032



**Florida's Full Service Specialty Contractor**
935 N Beneva Rd, Suite 609-28    Sarasota FL 34232
941-202-1649 / 239-427-1567   jason@goalphaomegarecovery.com
Lic# MRSR2999

April 3, 2026

Jason Brown
935 N Beneva Road
Suite 609-28
Sarasota FL, 34232
jason@goalphaomegarecovey.com
305-340-8115

Desiree D Segari
Technician
Alpha Omega Recovery
7231 Cloister Drive
Sarasota FL, 34231
desireedoreensegari@gmail.com
941-413-8480

Dear Desiree,

It is my pleasure to present this letter of recommendation on behalf on your behalf. I would like to start by saying it is not typical in my career experience to see a female enter into this field and instantly thrive and excel in what is generally a male dominated industry. It is also not typical to encounter an individual that is genuinely interested, hungry for more information, attempts to perform construction details that are new and difficult with minimal complaint, and is willing to work in an environment that is considerably more challenging than most other careers.  As these opportunities presented themselves to Desiree she seized them quickly.  Furthermore, in an industry where individuals show up later, do not show up on very important days, and or showing up in less than desirable condition was never a concern and her record speaks for itself.  I have personally witnessed Desiree consistently demonstrate her reliability, loyalty, trustworthiness, and dedication.

Alpha Omega Recovery specializes in property damage restoration, mold remediation, environmental challenges, and catastrophic losses.   Construction services include build back of damaged property, renovation work, specialty repairs, and other related services. Clients include residential, commercial, industrial, medical, and historical buildings.  Work is many times performed on the interior as well as the exterior of a structure on small and sometimes on a massive scale (known as a large loss).  I have owned and operated multiple companies that would be considered small business from 1989 to present.   Unlike many other firms I personally work in the field, on every single project in some capacity.  There is nothing like the owner, who is the licensed and credentialed expert, to be involved and work directly with my team.  My knowledge on all projects are first hand.

The decision and process to onboard an individual in an industry known to be very litigious, especially when performing projects such as mold remediation, lead paint, potential asbestos, sewage, and other highly contaminated buildings such as post flood / hurricane damage takes much consideration.  In this industry it is imperative to significantly reduce the following:  Risk, exposure, injury, jobsite problems, theft, improperly performed work.  This plays very heavily into the hiring considerations.  Now take into account an individual who has no training in the industry.  It would be extremely time consuming and difficult to say the least on my part.  Then a career first, considering hiring a person with an ankle monitor facing federal criminal charges!  My company follows mandatory federal guidelines such as CFR1910, CFR1926, EPA procedures, etc... the last "thing" I would want to handle would be a "problem" with the federal or state government.  They (the government) have been and still are clients of mine.  Ultimately, hiring Desiree should have never have been a consideration but that's not the end of the story.

The larges staff employed at Alpha Omega was 31 fulltime individuals, all who at least claimed to have some experience.  I have not hired anyone who did not have some type of experience and was mechanically inclined for a technician role.   Ultimately after interviewing Desiree, I came way out of my comfort deciding to give her an opportunity, knowing it would be a massive investment of the time to train her.  That decision would prove to be an excellent choice.  Equal opportunity at my firm and that includes the work we perform.  Desiree with me personally had to (not optional) install stucco concrete, scrape, paint, tile, frame, sheetrock, demo, prep, diamond and abrasive saw cutting (can be extremely dangerous), rotary drilling, loading and unloading of trucks, warehouse details, decision making, protecting of adjoining surfaces so not to cause secondary damage, and many other tasks.  The most successful technicians are those who can perform a repeatable process successfully and safely without supervision.  I was able to completely trust Desiree in this capacity.  Within only a few short weeks at Alpha Omega she was empowered with many responsibilities such as driving a company vehicle with a replacement value of roughly 150K, not a typical work vehicle, company credit card for purchases when necessary, a key to the jobsite (huge), key to the warehouse (over 1M of equipment, materials, supplies, tools), authorization on my behalf to make jobsite decisions, and many other responsibilities which are outlined in the company's 45 page health and safety manual.  Desire also had the opportunity to interact with both my son and daughter at

times when performing work at my home.  As a father first, above all else, my children are everything.   Imagine an employee with an ankle monitor earning my unequivocal trust at my home with my children present.

It is an honor and pleasure to have worked side by side with Desire.  While she was present at the company her record is what I call zero loss!  That translates into zero challenges of any nature in every conceivable category.  Not typical and rarely experienced in my length career.  I know for a fact the difference between Desiree and most other individuals is that she wanted to perform the best she could.  Being a father, employing hundreds of people over the years, it became very evident to me that she is authentic, genuine, trustworthy, hardworking, loyal and very intelligent.  Those are "hot button"  top qualities for success, in my experience.  I even found myself many times during the day changing roles from teacher to student.  Grateful for many lessons learned in patience, respect, better training approaches, and other fundamentals I care not to admit that I was deficient in.  Very rare that an employee would have such a big impact on me.

News of my father having a two serious health problems required me to make an immediate change in life.  It became necessary to be available at a moment's notice and present as often as possible in Boca Raton, Florida.  This turn of events lead to all employees of the company to be laid off, including Desire.  As this was transpiring I was also actively working on obtaining another professional license.  My intentions in the near future is to ramp back up the company's operations to a much large scale than before.  I would unequivocally hire Desiree back with new opportunities that include direct client communications and participation in the front office, a position usually reserved and only trusted to immediate family.   This plan of action is being implemented right now and I hope to resume day to day operations by the end of April.

It is rare for me to share company details along with my decision making processes.  Composing a boiler plate, professionally worded, legal document / statement / letter is my personal specialty.  In this matter it would not reveal the critical circumstances.

We ask the honorable court presiding over this matter for leniency and consideration.  You too will have to (not optional) make an ultimate decision.  Rest assured you are not taking a chance, I already too the risk.  The facts stand for themselves.  She is a wonderful person and really deserves another chance.  The massive risk associated with bringing her into the company has vanished.  If it is deemed that she will not be sentenced to prison she may resume her position at Alpha Omega Recovery on or about April 1st, 2026.   She is on the top of the rehire list!


Sincerely,
Jason Brown
President

4/18/2026

Honorable Judge Kathryn Kimball Mizell,


Your Honor, my name is Jack Morris.  I am a technician/programmer in the low voltage and home automation industry. I have lived in Sarasota since November 17th, 2022, when I moved here from Phoenix after getting sober in August 2021.  I am an active member in an Anonymous 12 step program here in Sarasota.  I sponsor other men and I am of service within the community.  On November 18th, the day after I moved here, I was asked to attend a weekly meeting at the Lightshare rehabilitation facility, men's C.O.R.T program. I did this every Sunday for three years.

I have seen and experienced the devastating impact alcoholism and addiction has on people, their families, children and the community at large.  I have witnessed more death and violence than anyone should have to endure.  With that said, I keep these experiences close to my heart.  I do this so I can relate to newcomers in our community, remind myself of where I was and be able to deliver a message of hope and encouragement, that life can be lived in a better way.

I am a registered Republican, MAGA supporter and 2nd Amendment supporter.

I found Desiree's TikTok rhetoric to be abhorrent.  Calls for violence are just irresponsible and should not be tolerated. There is far too much destructive rhetoric on both sides.

With that said.  I know Desiree personally.  I see her regularly.  She is active in our community.  She is of service.  She is doing the work.  She is helpful, kind, and willing to help when asked.  She is helping others recover by setting an example.  She is my friend.

I ask you to consider leniency on her and to keep in mind she is helping other women who struggle with Alcoholism and addiction.  She has a message that could keep other women out of jails, prison and death.

Respectfully,

Jack Morris

2299 Vintage St
Sarasota, FL 34240
(480) 329-5214

April 1, 2026

Honorable Judge Kathryn Kimball Mizelle,

My name is Karen Brown, and I have had the privilege of serving as an executive assistant for over forty years. Currently, I support the CEO of a large global Healthcare company, and four years ago I made the move from Boston to Florida, which was quite an adjustment and adventure.

Eight months ago, during a particularly difficult chapter in my life, I made the important choice to return to Alcoholics Anonymous after many years away. This decision has brought tremendous benefit to both myself and my family, offering a renewed sense of hope and gratitude that I hadn't felt in quite some time. Attending AA meetings and listening to the stories and wisdom shared by others has been truly inspiring, and I have been especially moved by Desiree, who participates in the same meetings as I do at least three times a week.

Every time Desiree speaks, I am struck by her openness and the wisdom she generously shares. While I am not familiar with any details of Desiree's past or legal circumstances, what stands out to me is her genuine warmth and kindness. Desiree greets everyone at our meetings with a big smile and a heartfelt hug, immediately making all feel welcomed and valued.

Desiree's dedication to the AA program is unmistakable. Each morning, she sends me a gratitude list filled with positive reflections—today's included "appreciation for having a roof overhead, food to eat, a car with gas",  "an able mind, body, and spirit to face the day", and "true friendships that bring a sense of belonging for the first time in her life". These lists are a testament to how deeply Desiree embraces the principles of the program.

In meetings, Desiree shares openly, offering encouragement and heartfelt support to others. Her courage and authenticity inspires me to strive for greater openness myself. If there is anyone who truly lives and breathes the AA program, it is Desiree.

Thank you very much for your time.

Karen Brown

February 23, 2026

Honorable Judge Mizelle,

My name is Kayla Ginter, and I am a psychiatric nurse practitioner residing in Bradenton, FL. I have worked in this field for 2 years, and worked as a registered nurse in a Level 1 trauma center operating room. I have been an active member of Alcoholic's Anonymous since April 2021.

These experiences have shaped my values of responsibility, integrity, and service to others. I am writing this letter in support of Desiree Segari, whom I have known for six months as a member of Alcoholic's Anonymous. Because of our close relationship, I have had the opportunity to know her not only personally, but also to witness her growth, struggles, and strengths.

Desiree was raised in New Jersey, in an environment that presented significant challenges.

During her childhood, she experienced abuse in many forms, particularly sexual abuse. These experiences had a profound impact on her emotional development and outlook on life. At times, she struggled with school performance, peer influences, self-esteem, and like many young people facing adversity without consistent guidance, she sometimes found herself surrounded by negative influences. Despite these obstacles, I have seen her demonstrate resilience in ways that truly define her character.

There have been moments in Desiree's life where she showed remarkable strength. For example, despite the adversities Desiree is currently facing, she regularly shows up to AA meetings and is sponsoring multiple women. She is always willing to help a newcomer and share openly – a quality that keeps an alcoholic sober and alive. She has always expressed ambitions of helping others, and I know she wants to build a stable and productive future. While she has made mistakes, I do not believe they define who she is as a person.

In my experience, Desiree is compassionate, loyal, and deeply caring toward those she loves. She is the type of person who helps family members, supports friends in crisis, and works hard. I do not view her as a danger to the community. Rather, I see someone who has faced significant adversity and who would benefit from guidance, structure, and an opportunity to continue growing in a positive direction. I admire her strength, her ability to love deeply despite her own pain, and her desire to improve her life.

I respectfully ask the Court to consider the full context of Desiree's life experiences and the person she truly is beyond her current circumstances. I believe she has the capacity to learn from this situation and to move forward as a responsible and contributing member of society.

Thank you for taking the time to consider my perspective.

Respectfully,

Kayla Ginter

Honorable Judge Kathryn Kimball Mizelle,                                    3/26/2026


My name is Kerin Schweigert, and I am a Project Manager in construction for Wharton-Smith in Southwest Florida. I am also a single mother of two boys and an active member of the sobriety community. I have had the privilege of knowing Desiree Segari through our recovery journey, and I am truly grateful to be able to speak on her behalf. I have known Desiree for the past year in sobriety, and it is hard to put into words how much growth I have witnessed in her during that time. When I first met her, she was walking through one of the hardest seasons of her life, but even then, there was something different about her. She had a sincerity, a willingness, and a quiet strength that stood out. Over time, I have watched her lean into that strength and completely change the direction of her life. Recovery is not easy. It requires honesty, humility, and a level of accountability that most people never have to face. Desiree has embraced all of that. She shows up, even on the hard days. She takes responsibility for her past without excuses, and she puts in the work every single day to be a better person. That kind of change is real, and it is rare. What makes Desiree so special is not just her growth, but her heart. She is genuinely kind, compassionate, and thoughtful. She cares deeply about others and goes out of her way to support the people around her. I have seen her lift others up when they were struggling, offer encouragement when it was needed most, and show a level of empathy that can only come from someone who has done real inner work. She brings light into spaces that need it. I do not see Desiree as a danger to the public. I see someone who is actively rebuilding her life with intention and integrity. I see someone who is choosing a different path and putting in the effort to stay on it. Most importantly, I see someone who has so much good left to give. I respectfully ask the Court to consider her growth, her commitment to sobriety, and the person she is today. Desiree is not the same person she once was. She is someone who is trying, every day, to do the right thing and to live a life she can be proud of. She deserves the opportunity to continue that journey.


Thank you for your time and consideration.


Respectfully,

Kerin Schweigert

3/30/2026

To Judge Mizelle,

My name is Kristen and I am a friend of Desiree. I am a telemetry nurse at a hospital that has been consistently ranked among the best in the country. More specifically, my titles include BSN, RN, CMSRN, ANM. I am a mother of two daughters, one born healthy and strong, and one born severely disabled who has spent the last 202 days in the NICU. I am a home owner, a wife and a friend. But I was not always all of these things.

The first time I met Desiree was 14 years ago. I was 22 years old, 10 months clean and sober and I did not have very many friends or family at the time. I care deeply for others and I have a natural instinct for empathy, but I am also painfully shy and introverted, especially in social settings.

Desiree and I met at an AA meeting, and I was instantly filled with a feeling of security and connection, which is unusual for me. It is difficult to put into words what my friendship with Desiree means to me. She is a massive piece of the foundation upon which I have built a considerably successful life. I do believe if I had never met Desiree, I would not be where I am today.

As far as I am aware, Desiree has been through extensive trauma in her life, and the lasting impacts of this are highly complex. She has told me that she did not have an easy childhood. Addiction can happen to any of us, it happened to her and it happened to me.

Desiree has made some mistakes. But I would like to share another side of Desiree, because those mistakes she has made do not define her entire character.

When I was 25 years old, my father passed away. I called Desiree very late at night, and woke her up, just crying on the phone. She was there in my living room in her pajamas 15 minutes later. She held me in her arms as I cried because my heart was so broken. It speaks volumes of a person's character when they show up for you at a moment's notice in

the middle of the night. It is a testament to how truly selfless Desiree is when it comes to her friends and family.

This past year my family was thrown into a living nightmare when my daughter Layla was born at just 22 weeks gestation. Desiree has been the most supportive friend anyone could wish for. She has done everything she can to help myself and my family. As a consequence of being born so early, my daughter faces many challenges and health concerns and remains in critical condition for the last 6 months. Desiree always checks in to make sure that I am okay, to make sure I am still eating and sleeping and taking care of myself. She prays for my baby and my family every night and she constantly reminds me that through faith in God all things are possible.

I am not writing this to excuse anything Desiree has done, and I know there are always consequences in life to our decisions. However, I believe she has drastically turned her life around in the last few months. I ask that you please take into consideration this point of view that I have had for the last 14 years, that she is a caring, selfless, kind, dependable, and bright light in my life, and I think if she had a second chance, she has learned from her mistakes and would not make them again.

Thank you,

Kristen Duetsch

February 25, 2026

Kristin Cruz
4423 Claremont Av.
Sarasota, FL 34231

Honorable Judge Kathryn Kimball Mizelle,

My name is Kristin Cruz, I am a friend of Desiree's since October of 2025. I have been living in Sarasota my whole life and have raised my family here. I am a caregiver for the elderly and adults who suffer from chronic depression. I am a member of AA and have been active in the program for 34 years. I know Desiree through AA.

I met Desiree an AA meeting and got to know her quickly due to our frequent attendance at the same meetings. We have developed a friendship over the past 5 months. I know somewhat of Desiree's past due to the nature of our fellowship. Her family and life relationships have been difficult to say the least.

As for Desiree's character, if there were a top of the class in AA, she would be in it. From the moment she stepped in the door she was honest, open minded, and willing. She does the work we suggest as a program of recovery; Humbly ask for help,  put the drink down, surrender our will to learning a different way of living, doing the heart work necessary for growth and change. Desiree is thoughtful, positive, clear, kind, and well spoken. She has a deep committed to for helping others who suffer from drug and alcohol addiction. Her attitude, actions, and behaviors match that of an upstanding citizen.

Respectfully,

Kristin Cruz


Sender Name

2/10/2026

I am writing this Letter of Character to offer my wholehearted support for my dear friend and next-door neighbor, Desiree Segari, who is appearing before the federal court.  I have had the privilege of knowing Desiree for three years and in that time I have witnessed countless examples of her selflessness, integrity, and unwavering dedication to others.

My name is Lauren R. Dickerson.  I am 63 years old, divorced, and live in a condominium immediately next-door to Desiree Segari in Gulf Gate Gardens Condominium in Sarasota Florida at 7227 Cloister Drive.  Prior to my disability, I worked primarily as an administrative assistant, in secretarial positions and some bookkeeping positions.  I moved to Florida with my sisters and Mom in 1980 and minus maybe five plus or minus years, I have lived in Florida until present.

Desiree is the kind of person who will drop everything to help someone in need - whether it's helping to carry or move a heavy item, go or bring you grocery shopping, daytime and overnight pet sitting, play and walk with neighbor's dogs, cook magnificent meals/desserts and deliver daily, if needed and is always assisting neighbor's in any way she can without being asked.  Desiree not only delivers meals to me on a weekly/sometimes daily basis, but she also poaches large amounts of chicken breasts and shreds them up for my elder cat Sydney who has pancreatitis and does not have the luxury of poached chicken regularly on my income.   Desiree's cat, Tiggy (R.I.P.), and one of my two cats, Sydney, spent almost day and night together outside enjoying the sunshine and green area behind our condominium.  After Desiree moved in, we became fast friends.   Knowing Desiree I am in awe of her devotion to make sure all the cats (and my dog Hannah) have extra treats, fun toys, cat tree or whatever she feels they need or want most at the time.  Desiree also cooks up ground beef weekly so that my dog & other cat have special treats too.  My dog has adopted Desiree as her second mother and adores her in every way, as well as my cats do.  Desiree and I also offer each other very positive emotional support during any difficult times, celebrate birthdays and holidays like Christmas together, and I truly do not know what I would do without her as my friend.  Desiree's generosity is not motivated by recognition, but by a genuine compassionate and caring desire to make life better for those around her.  Her super positive personality is a huge bonus.

In addition to her caring and giving nature, Desiree is one of the hardest working individuals I know.  She approaches all her responsibilities, personal and professional, with diligence,

reliability, and a positive attitude that inspires me and those around her.  Even in challenging situations, she remains calm, respectful and solution focused.  As a friend for 3 years, Desiree has been a constant source of encouragement and kindness to say the least.  Desiree treats people with fairness, empathy, and respect regardless of the circumstance.

I believe with my heart that Desiree's character reflects the values of honesty, compassion, and responsibility that our community needs a lot more of.  I respectfully ask the court to take into account the outstanding moral character and positive contributions Desiree has made.  I am confident that Desiree will continue to be a valuable, caring, and trustworthy person in society.  I respectfully ask and pray for mercy for Desiree Segari, as she is a blessing and asset to my world and everyone she encounters, and knows, in so many ways.

Thank you for your time and consideration.

Sincerely,

Lauren R. Dickerson

7227 Cloister Drive

Sarasota, Florida 34231

(941)592-2657

Honorable Judge Kathryn Kimball Mizelle,

My name is Paul Ryan, and I am writing to you on behalf of Desiree Segari, and as such, I am hoping that I can contribute something as to her character that may help you garner into a glimpse into Desiree's lovely Character  considering  her first-time and beyond impressions that my late wife and I considered when first meeting Desiree.

My wife and I, (Holly - deceased here in Sarasota, Florida, August 28, 2025), live(ed) in the same building as Desiree, and as such knew each other as casual neighbor's which only became stronger after we became to know her more personally.  Holly and I arrived in Sarasota, Florida from San Francisco, California, approximately eight years ago and had purchased our condominium several years prior to Desiree's arrival in our building.

About us, both Holly and I were extremely fortunate to be born into prominent 'Old San Francisco' families.  I am a Sixth-Generation San Franciscan, with my great-grandfather being Mayor of SF and State Senator.

It seems that everyone in their professional succession invariably was in the legal field, with both of my uncle's representing their profession as president of the trial lawyers association of California in their careers.

My father took a different path and eventually became a graduate of 'The Ecole Nationale Supérieure Architecture de Paris.  His career invariably took a different path, and he knew at an incredibly early age that we wanted to become an architect.  As such he attended the most prestigious school to obtain the very best education available at that time, The École Nationale Supérieure architecture de Paris and through his impeccable reputation eventually designing both of  San Francisco's most major cathedrals, The Cathedral of Saint Mary of the Assumption (modern Catholic), and Grace Cathedral, a (Gothic Episcopal church on Nob Hill), along with many, many of the San Francisco Bay Area's most important properties both therein and internationally.

Holly Breidenbach, who I grew up with in Pacific Heights only several doors away, came from seven generations of physicians; her oldest brother performed the first successful 'Hand Transplant' ever!  Holly took a different path becoming an extremely successful stockbroker in San Francisco, New York/Wall Street, and Connecticut where she was not only wildly successful, but was additionally charged with opening, identifying all employees in two of those offices, one of which she created from scratch here in Sarasota, Florida.  Both Holly and I were educated to the high school level, in my case, by The Sisters of The Convent Scared Heart and their accompanying boy's school 'Stuart Hall.'  I, on the other hand, graduated from high school, via The Woodside Priory, and then attended Stanford University, and Holly attending 'Smith College.

Holly was really the first of us to meet Desiree, and she really liked Desiree immediately, for her sincerity, bubbly enthusiasm, and for just about everything positive that they exuded, with a special emphasis on their shared  love for/of animal's, which they were both passionately unrelenting.

Now speaking for myself, I am now a licensed real estate broker, License ID number - 1214262, https://www2.dre.ca.gov/publicasp/pplinfo.asp?start=1, and the owner of Ryan & Associates Realty in SF, CA.  Although still licensed, I am now semi-retired, and the firm has essentially dissolved, except for family and friends.

I have always been self-employed; the two prior businesses were both phenomenally successful and I believe allowed me to quickly ascertain the character of the people I meet very quickly.  My first business experience was as VP Customer Service of the start-up company which I helped get off the ground, Interspace Waterbeds, where I was responsible for up to sixty sales locations in both Northern and Southern California.  Each location had approximately eight full-time sales employees, and two store managers.  I was also tasked with identifying full-time technical installers for the company with many complicated and intricate products; all-in-all over eleven hundred employees' were personally responsible to me.

My second endeavor was the start-up, cradle to grave, of one of the first 'Executive Search' Companies in Northern California.  Ryan and Associates Executive Search Consultants, with approximately sixty 'Independent Contractor's' in three locations, (HQ - 40th Floor of the Transamerica Pyramid), with a client list that was literally a 'who's who' of some of the best San Francisco and Silicon Valley companies, such as Chevron, PG&E, McKesson, BofA, Wells Fargo in SF, and AMD, Intel, Apple, HP, etcetera, etc. are just a sampling of our client list.  Our mission statement encouraged 'Director' level and above responsibility whenever possible.  We successfully sold the company to Robert Half, Inc.  Therefore, I believe that I became an exceptionally good judge of character via my all of my personal and professional experiences, as stated above.

Your Honor, as I only can speak to you as Desiree's neighbor and friend, and  that is why I have gone into such detail about Holly's and my aforementioned experiences in personnel matters, such as identifying, interviewing, hiring/terminating people which has given me instinct into most regarding their character, and therefore I truly believe Desiree to be a good egg and person at heart.

Holly and I first became acquainted with Desiree Segari as our downstairs neighbor when she arrived as another building owner, Matt when he let one of his rooms in a roommate relationship on/or about November 2023.

Matt lives in the front part of the condominium, and Desiree resides at the rear, which includes the 'Lanai' where she can be found constantly.

So, when we walked our two whippet's, (they are twins and the male is blind/disabled) we would see Desiree at least several times a day, and she was so nice and friendly, and really 'Loved' the dog's which endeared her to us immediately.

After all this time of interaction with Desiree, both Holly and I have found her to be industrious, diligent, hard-working, honest, sincere, polite, and absolutely above-board in all respects whenever we were associating with her.  Subsequently, and not having a crystal ball, the three of us had spoken and agreed that if something were to happen to either us, Holly & Paul Ryan, Desiree would take "Bliss and Quinn," as Desiree agreed that the dog's should never, ever be split-up, and she would love them both for life!

After my wife's death last August, its almost ironic that Holly and I, the three of us essentially, had those conversations, because one never knows what is in our future.  Desiree has been extremely supportive after Holly's passing, and it is absolutely reassuring that I can count on Desiree if something should happen to me, as I'm no longer a spring chicken anymore.

Your Honor, I do not spend almost any time at all on computers/phones and thus know truly very little or much about what Desiree did and now convicted of, but I'm sure that malice was never in her heart.  Therefore, I would implore you to consider mercy when considering your decision when sentanceing.

I am sure that Desiree has learned a particularly important lesson here, and I would be absolutely flabbergasted if anything like this would ever occur again.

Should you want or need any additional information, please do not hesitate to contact me directly at any of the contact information provided below.

Very truly yours,

Paul Ryan

7235 Cloister Drive

Sarasota, Florida 34231

415-596-5656

ryanre@pacbell.net

03/21/2026

Honorable Kathryn Kimball Mizelle,

My name is Madison, and I am writing to you as the sister of Desiree Segari. I currently work as a visual merchandiser, where I manage and mentor a team of young people who are either beginning their careers or still completing their education. I have been working since I was 16, and in those early years, Desiree played a meaningful role in helping me stay grounded and committed. She would drive me to and from my first job at a small boutique and encouraged me to keep going, even on days when I struggled to show up for work or school because of what was happening at home. Her support during that time made a real difference in my life.

I have known Desiree my entire life, not just as my sister, but as someone who helped raise me.

Our upbringing was emotionally difficult. Our mother was not present in the way a child needs, and because of that, Desiree stepped into a parental role at a very young age. She became a source of stability, care, and protection not only for me, but also for our youngest sister. She gave up parts of her own childhood to make sure we were okay. She comforted us, guided us, and carried responsibilities that were far beyond her years.

There was a time in my life when I had to leave home due to an abusive and very painful situation. During that period, Desiree was one of the only people I could truly rely on. She supported me emotionally and made sure I did not feel alone. She also taught me things I had not learned in our household—right from wrong, and most importantly, that it is okay to trust people and have faith in others. She helped me understand that I do not have to carry everything alone. Those lessons changed me, and I still carry them with me today.

Because of the environment we grew up in, Desiree was faced with challenges that are hard to fully explain to someone who has not lived them. She carried adult responsibilities as a child and did the best she could with very little support. While she has made mistakes, as many people do, I do not believe those mistakes define her. What defines her, in my eyes, is her heart. She is deeply caring, protective, and selfless in ways that have shaped my entire life.

I do not see Desiree as a danger to others. I see her as someone who has carried pain, responsibility, and survival for far too long, yet still managed to show love and strength for the people around her. She has been more than a sister to me—she has been a protector, a guide, and one of the most important influences in my life.

I respectfully ask that you consider the full picture of who Desiree is, beyond this moment. She is someone with a lifetime of responsibility, hardship, and love for her family. I truly believe she still has the capacity to grow, to heal, and to move forward in a positive direction if given that opportunity. I ask for mercy and compassion as you consider her sentence.

Thank you for taking the time to read this and for your consideration.

Respectfully,

Madison Prue

Honorable Judge Kathryn Kimball Mizelle,

My name is Matthew Billib and I am a father to two amazing children, an Operation Iraqi Freedom veteran of the United States Marine Corps (2005 – 2009) and well liked within my community. Currently I have 16 years of building material sales experience and dock building sales experience. I have the pleasure of selling docks, seawalls, boat lifts, and other waterfront solutions to some incredible customers located on the waterways of the Sarasota/Bradenton area. I am also Desiree Segari's landlord and friend. I sublet a room to Desiree and have gotten to know her over the last few years. I enjoy having Desiree as a tenant as she is never late with rent, she has never been problematic, and overall, I believe Desiree just wants to be a good person. She is a bit of a bleeding heart but none the less a good, decent person.

I have had the opportunity to see Desiree though her highs and her lows. I have heard her back story. I have seen her struggle with addiction and fight to keep pushing through her personal issues. Desiree has told me some disturbing things about her own father and her past sexual abuse. I have seen how this affects her judgement when it comes to personal relationships, friendships, work relationships, and her relationship with her own self. She has come a very long way. She is currently sober for the first time in a long time. I do not know how many months clean by the time you read this but I am estimating about seven months from today. Cold turkey. She attends sober meetings, works 40-60 hours each week, councils other sober members, and frequently works out at home.

In regard to the incident that led to this charge and conviction, I believe something triggered Desiree a week or two before she decided to make the Tik Tok videos that got her in trouble. I believe Desiree's sexually abusive father tried to contact Desiree through Facebook and later on through phone calls. She told me about the contact and was very torn about what to do. On one hand this man hurt her and allowed others to hurt her as a child, but on the other hand this was still her father, who himself had a similar abusive childhood. I believe this led to an increase in drug use to cope with these feelings, and also I believe it was this trigger that led her to rage over social media. Initially her videos were about her anger towards people who focus to heavily on immigrants and not pedophiles. This slowly led to her revolt against MAGA in general and therefore led to the "pew pew MAGA" video that got her in trouble. These are the series of events that I personally watched unfold.

I want to say this, I condemn her actions when it comes to threatening or calling for others to violence over social media or otherwise through any platform against any groups or individuals. However, I do not believe, as a republican myself, that she truly wanted any harm to come to anyone. She simply allowed her anger to overtake her and perform an action of poor judgement. Ultimately believing that her 30 followers were not going to make anything of her video rants. I can say that I never felt any danger after watching those videos, and truthfully I do not think any of those who shared her message over other media platforms felt any danger. If anything, my home was targeted by MAGA through social media warriors, and I SUPPORT MAGA!! Desiree knows I support MAGA and I was never in any danger from her, only from my own.

In conclusion, I am asking that you take into consideration my plea to show Desiree Segari mercy upon sentencing. She is a great friend and tenant and needed by others for her hard work and support within sober circles around our community. Thank you for taking the time to read this letter and for serving as a public servant yourself in our Great Country!

Respectfully,

Matthew Billib

2/6/2026

The Honorable Judge Kathryn Kimball Mizelle

Greetings,

My name is Michael Moriarty.

My career brought me to the state of Florida eight years ago. I was a field service engineer for Leica Biosystems specializing in repair and maintenance Cancer diagnostic laboratory instruments, I'm recently retired.

I'm a resident of Bradenton Florida, and a member of Our Lady of the Angels Roman Catholic community in Lakewood Ranch.

I'm also an active member of Alcoholics Anonymous, and that's how I've come to know Desiree.

In over 20 years of continuous sobriety in Alcoholics Anonymous, I've seen legions of people, both young and not so young, come into AA.

The fortunate few who come to AA and stay, reap the benefits of the program. Unfortunately most who come to AA fail to participate in the process and fall by the wayside.

I've watched Desiree come into AA, fully immerse herself in the program and observed her life change. She has changed from a broken person into a useful member of society.

I am aware that Desiree has a full-time job, but she does not use that as an excuse to decrease her participation in AA.

She's in the middle of AA; not only does she have a sponsor and a network of sober women surrounding her, but she's also giving back and is sponsoring other young women.

Desiree is a fine example of how the program of Alcoholics Anonymous can transform one's life for the better.


Kind Regards,


Michael Moriarty

526 Fire Bush Ct

Bradenton, FL 34212

Patricia Ludwigson

252 Caserta Court

Nokomis, FL 34275

941-376-9376

April 28, 2026

Re: Desiree Segari

To: Honorable Kathryn Kimball Mizelle,

My name is Patricia Ludwigson, I am the owner and licensed bail bondsman of Bud's Bail Bonds in Sarasota, Florida.  I am also an active member in the recovery community with over 20 years clean and sober.

I had the pleasure of meeting Desiree seven months ago at my AA homegroup.  In this time, I have gotten to know and love her.  Watching her soften and grow with the tenderness and love of the members of our group has been wonderful. She has become a beautiful asset to our little recovery family, serving to make coffee, welcome others, set up and clean up. Most recently she has joined the women's bible study at my church and attends when she is not working, she is so hungry for knowledge and new understanding of God.  Desiree is committed to her recovery and follows the suggestions she's been given to change.

Desiree's love for life and people is so apparent that I have no reason to believe that she is or would be a danger to the community in any way.   I also believe that it is her desire to right any wrong that she has done and make amends where warranted.

Our community would greatly miss Desiree and all she adds to our  AA group and bible study.

Sincerely,

Patricia Ludwigson

January 29, 2026

Honorable Judge Kathryn Kimball Mizelle,

My name is Samantha Zinga, and I am a teacher. I am also Desiree's sponsee and have known her for quite some time. I am writing this letter to express my sincere support for Desiree. Desiree has been one of the most positive and influential figures in my life. Through her guidance, support, and consistency, she has helped me overcome some of the hardest obstacles I have ever faced. Because of Desiree, I have made significant progress in becoming a healthier, more accountable, and more self-aware person, and I have been able to maintain my sobriety. She supports me daily—not just in words, but through action, example, and availability. Her presence in my life as a friend, mentor, sponsor, and guide has been deeply impactful, and I genuinely believe I would not be where I am today without her influence.

From my personal experience, Desiree is someone who has shown remarkable resilience and growth throughout her life. She has spoken openly about growing up in a challenging environment and facing obstacles early on that shaped her perspective and strength. Despite hardships and losses that could have easily led her down a different path, Desiree chose growth, accountability, and service. Like many people who experience difficulty in their younger years, she faced periods of struggle, but she did not allow those experiences to define her future. Instead, she worked hard to become someone who gives back and uplifts others. Desiree is driven by a desire to help, heal, and improve—not only herself, but those around her. She is the exact opposite of a danger to the public; she is a stabilizing, compassionate, and responsible presence in not only my life, but of many others too.

Desiree possesses qualities that make her an invaluable member of her community—integrity, empathy, accountability, and a genuine desire to do right. She leads by example and takes responsibility for her actions, including this mistake, which does not reflect the totality of who she is. Her role as a mentor and sponsor is critical, as she provides guidance, structure, and emotional support to individuals like myself who rely on her consistency and presence. Removing Desiree from the community would impact those she actively helps stay sober, focused, and accountable. Her continued ability to serve, guide, and support others outside of incarceration is far more beneficial than punitive measures alone. I respectfully ask the Court to consider the huge change she has made in her life, her positive character, her contributions to others, and the meaningful difference she makes when determining an appropriate and compassionate outcome.

Respectfully,
Samantha Zinga

Date: 3/27/2026

Honorable Judge Kathryn Kimball Mizelle,

My name is Sarah Rudolph, and I am writing this letter in support of Desiree. I am a Registered Dietitian and have been working in healthcare since 2000. I have been actively involved in Alcoholics Anonymous, where I met Desiree in September of 2025. Since that time, I have had the opportunity to get to know her through regular meetings and fellowship, and I am grateful to share my perspective on her character.

I met Desiree through AA during a time when she was committed to making meaningful changes in her life. From the very beginning, she demonstrated a level of honesty, courage, and determination that is not easily found. Over the months I have known her, I have witnessed her grow in remarkable ways. She has shown a genuine dedication to her recovery, consistently attending meetings, participating in discussions, and offering encouragement and support to others who are also struggling.

Desiree is a very strong woman who has grown by leaps and bounds in a relatively short period of time. She takes accountability for her past and does not shy away from acknowledging her mistakes. Instead, she uses them as motivation to improve herself and to build a better future. I have personally seen her extend kindness and compassion to others in the group, often going out of her way to check on those who are having a difficult time. Her willingness to help others speaks volumes about her character.

In my experience, Desiree is not a danger to the community. Rather, she is someone who is actively working to become a positive and contributing member of society. She demonstrates resilience, humility, and a sincere desire to grow. These qualities make her not only someone worthy of support, but also someone capable of continuing on a path of positive change.

I respectfully ask the Court to consider Desiree's efforts toward rehabilitation and the progress she has made. I believe she has the strength and determination to continue improving her life and to make meaningful contributions moving forward.

Thank you for your time and consideration.

Respectfully,

Sarah Rudolph

March 26, 2026

Honorable Judge Kathryn Kimball Mizelle,

My name is Sheila Donoghue and I have been living in
Sarasota Florida since January 2012.  I came here from Stamford Connecticut where i grew up and as fate would have it (and by Divine circumstance) I was reconnected with my high school boyfriend Michael and we were married in 2013 (too long of a story, but a good one!). I am a hairstylist/colorist by trade and am currently employed at Allure Nail and Diva Salon in Lakewood Ranch.   I am a sober and active member of Alcoholics Anonymous for 40 years as of April of this year.  I attend and lead many weekly meetings as well as sponsor newcomers and participate in many service commitments such as the jail and detox centers around and in Sararota. My relationship with Desiree is that I am her AA sponsor.  I am a member of St Thomas More Catholic Church in the Gulf Gate area and attend mass regularly.

Desiree came to a meeting that I facilitate on Tuesdays called the Emotional Sobriety workshop meeting in the beginning of September of 2025.  I remembered her from prior years but hadn't seen her for a long time (I know now that she was relapsing/not sober).  She asked me after the meeting if I would work with her /sponsor her and I said yes. Every "assignment" I gave to Desiree to accomplish she completed and did without hesitation.  Every appointment we scheduled was met and carried through.
All step work was done thoroughly, honestly and painstakingly.  There was no task that Desiree shirked from or refused to complete.  Your Honor, this is not always the case with sponsees. There is sometimes a good start and then no finish.  It is painful to look at all the damage we have done to people in the wake of our destructive behavior, yet we have to face up to our mistakes if we want to live a new life.  I believe Desiree has the desire to live free from her old life. Her efforts I have seen and experienced in the amends process and the way she is living her life currrently show this willingness to me.

Thank you Your Honor for your consideration of Desiree's case.

Rspectfully,


Sheila M. Donoghue

April 6, 2026

Honorable Judge Kathryn Kimball Midelle,

As a retired hairdresser of forty-three years and former owner of two thriving beauty salons, I've spent my life working closely with people and building strong community connections. Today, I stay active through pickleball, Mah Jong, volunteering at the VanWezel Performing Arts Center, and serving within Alcoholics Anonymous, where I have been sober for twenty-six years and bring meetings into the Sarasota County Jail.

I have had the privilege of knowing Desiree Segari for the past seven months since she entered AA. From the beginning, she has been committed, present, and engaged. She attends meetings regularly, works with a sponsor, and consistently extends kindness and support to newcomers. I have personally observed her continuous sobriety and her determination to change her life and leave old behaviors behind. It is with great respect that I offer this reference for her.

Respectfully,

*Sue Anne Cinnamon*

Sue Anne Cinnamon

1/30/2026

 Honorable Judge Kathryn Kimball Mizelle

I am writing to offer my strong support for Desiree Sigari at her sentencing. With 46 years of continuous sobriety and active participation in Alcoholics Anonymous (AA), I am a retired pediatric physical therapist living in Sarasota, Florida. I first met Desiree in early September 2025 when I began attending one of her regular AA meetings.

In my decades of experience, I have witnessed many individuals achieve lasting sobriety by diligently working the 12 Steps with a sponsor and the fellowship's support. While some struggle initially with the required self-examination and commitment, Desiree has demonstrated all the qualities needed for a successful, thriving life in sobriety. She selected an excellent sponsor whom I know personally—a woman who demands significant engagement and accountability from those she helps. Sponsees who stick with her not only maintain sobriety but become valued community members.

I have gotten to know Desiree well through our daily "gratitude texts," where we share short lists of things we are grateful for each day—an optional but powerful tool for growth. She maintains a disciplined routine of morning and evening journaling, self-examination, and prayer. She welcomes constructive criticism from her sponsor and applies it to progress. Desiree also reaches out to help other women in AA. I am particularly impressed by her perspective on the mistakes that led to her arrest: she views this ordeal as a life-saving wake-up call that prompted deep reflection on her attitudes and actions, starting with committing to sobriety. While she expresses profound regret for the harm she caused, she eagerly anticipates continued personal growth and service to our community. In my many years of sobriety, I have learned to recognize the attitudes and actions that lead to success—Desiree embodies them and shares them generously with others.

Thank you for considering this letter of support. I respectfully urge the court to grant Desiree the opportunity to continue her effective contributions to our community right here in Sarasota.

Sincerely,

Susan Nash

4527 Beacon Dr. Sarasota, FL  34232

To whom it may concern,                                                     February 26, 2026

I have known Desiree Segari for approximately six to seven months.  However, in that short time I have witnessed a woman who is undergoing a spiritual, mental and emotional change.  I know Desiree through Alcoholics Anonymous.  We have the same sponsor so we have a tendency to go to the same meetings, have the same home group and serve together quite frequently.  She is always willing to serve in whatever capacity that is needed and is always willing to share her experience, strength and hope.

Recently, I asked her to speak at our home group.  She definitely grew up in less than ideal circumstances and had parents who definitely lacked proper parenting skills and with that she underwent emotional, mental and physical abuse, as well as neglect.  However, through all of this she always had a tendency to innately care about other people in her arena of life, whether it be siblings or others who she witnessed being mistreated as she was.

Unfortunately, people like Desiree (and myself) have to go through some pretty dark and humbling times to experience a moment of clarity.  I believe Desiree's was the unfortunate TicTok video, which landed her in the circumstances she finds herself in today, while under the influence of alcohol and/or other substances.

I have seen Desiree do a lot of spiritual work and have seen her have to go through a lot of legal hoops and regulations, which have caused a great deal of fear and anxiety.  However, it is in these times that I have seen her shine the most.  After she was adjudicated guilty, she made phone calls, one of which was to me and she went right to a meeting.  That is very commendable!  She continues to reach out to others, does a lot of service and does her very best to get out of herself.

I know she had made some dire mistakes which could be viewed as a major threat to certain members of society.  She is not a threat to society or the community of her fellows.  She is very much an asset to her community in Alcoholics Anonymous and her workplace as well as society at large.

I would like to add here that I am a very conservative Republican of which Desiree is aware, but that fact has never been an obstacle to our friendship.


Sincerely,


Wendy Holmberg

March 28, 20026

To the Honorable Judge Kathryn Kimble Mizelle,

My name is Whitney Beauregard, and I am writing you regarding the upcoming sentencing of Ms. Desiree Segari.

To provide context, I'll first tell you a bit about my backstory and specifically, how it correlates with Ms. Segari's. I, myself, was gifted with a passion for living from an early age. I had big dreams and a drive to do better than the circumstances in which I grew up. In my formative years, I was a great student and a high performer despite being raised by two alcoholic parents and the chaos that came with it. There was neglect. There was trauma. Still, I was determined not to fall into the trappings of addiction and failure to thrive.

I learned the hard way that even the most resolute conviction of will is sometimes just not enough to dodge the insanity of addiction. I state all this because when I met Ms. Segari last year, it was like looking in a mirror.

To this point, I ask you to take under serious consideration that the Ms. Segari who made some very poor and socially irresponsible choices—the reasons she is currently facing the court's decision—is not the woman who stands before you today. I truly believe that the woman who thoughtlessly posted antisocial rantings via social media did so, not because she is a menace or malicious at her core, but rather, she was sick and suffering from the disease of addiction at the time.

This is how I relate to Ms. Segari. Today, I am in recovery, and a grateful recovering addict and alcoholic. I made Ms. Segari's acquaintance through the rooms of Alcoholics Anonymous in Sarasota, Florida. I feel that I am a success story of someone who made terrible choices, faced legal consequences, was shown mercy from the justice system, hit an earth-shattering bottom, and finally chose to learn to live a productive and purposeful life through rigorous 12-step work and striving to live a God-centered existence. So, over the last several months, watching Ms. Segari, I absolutely know that her heart and soul have pivoted in a remarkably similar way.

The choices that bring her before you today were a direct result of the insanity that ensues when alcoholics/addicts are not receiving the "medicine" for their condition. The medicine in this case is to devote oneself to a lifestyle of recovery. What this promises is a full-on mental, emotional, and physical transformation and, ultimately, a return to sanity and serenity. This is what Ms. Segari is doing now. And, in observing her with fairly objective

eyes, I can say with conviction that this is not performative nor do I feel that she is just going through the motions to appease the court.

I feel that Ms. Segari is terrified, ashamed, and remorseful. This whole experience has gutted her, yet she still goes on and strives to do better every day. I feel that this is a proper reaction and, to me, this demonstrates that she has fundamentally changed.

I believe you have become familiar with Ms. Segari's character traits. She is a powerhouse. She cares for others in a relentless, committed one-on-one and community fashion. I think she's ready to use her undeniably dynamic lion's heart for good now, only for good. This process has forced her into an ego-shattering level of self-awareness, for which she is finally taking responsibility. I told her once, "With great power comes great responsibility...so use it responsibly." She humbly, quietly agreed.

In closing, I'll circle back to my story. Before recovery, I could have aptly been characterized as a menace to society or pathologically antisocial in my behavior. The fact is, I was a reckless addict, not evil or irredeemably corrupt. In the past two years, I graduated from college (at 44 years old), and have just been accepted to graduate school to obtain my Master's in Social Work and Clinical Mental Health counseling. I now work with children coming out of foster care to reunite with their families of origin. I currently sponsor seven women who are healing and striving for a better, more meaningful life. This is the miracle of sobriety and God-centered recovery.

This is the path that Ms. Segari is walking, with conviction and honesty. I truly believe in this woman and her active redemption story. And as she freely expresses, without the wake-up call that the justice system provided her, she may have remained a sick and suffering lost soul. For that, I am grateful that you provided the intervention that may well have saved her life. Remarkably, she is too.

To this point, I would hope you'd consider the justice you have already provided Ms. Segari. I deeply respect that legal justice is a complex system of which I have limited knowledge. However, I feel that a greater justness has been achieved. Ms. Segari is a powerful light wherever she goes. She is an active, enthusiastic, contributing member of society today. She helps whenever, wherever she can. I believe she's going to do big things for the exclusive purposes of good. I would love to see her continue the current path she is on, unfettered and uninterrupted. I feel she will do good things wherever she ends up. But for her, I appeal to you to consider the benefit of keeping her with the community that has come to love her so much, and that can continue to offer her the most direct and supportive care. She has thrived in our recovery community. She has found her people, found God, and found herself. If I may be so bold, in some cases, I believe mercy and

justice are one and the same. And, in the case of Desiree Segari, I hope you find this to be true, as well.


Thank you for your willingness to consider this appeal.


Most Respectfully,

Whitney Beauregard